# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID M. CLARK,
ADC #930765                                                                                          PLAINTIFF

V.                                         3:13CV00012 SWW/JTR

TOMMY HUSTAFER, Jailer,
Greene County Detention Center, et al.                                            DEFENDANTS

## ORDER

Plaintiff, David M. Clark, is a prisoner proceeding *pro se* in this § 1983 action. On March 28 and 29, 2013, the Court received two untitled documents, which the Clerk docketed as "Letters" from Plaintiff. *See* Docs. #27 and #28. After reading those documents, the Court concludes that they are more properly characterized as Plaintiff's Motion for Summary Judgment and a supporting Exhibit. The Court will direct the Clerk to redocket them accordingly.

On April 4, 2013, Defendants filed a Motion arguing that Defendant Felix has not been properly served. *See* Doc. #30. Plaintiff has thirty days to file a Response to that Motion.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to redocket Plaintiff's March 28, 2013 "Letter" (Doc. #27) as "Plaintiff's Motion for Summary Judgment" and his March 29, 2013

"Letter" (Doc. #28) as "Plaintiff's Supporting Exhibit."

2. Plaintiff must file, **on or before May 10, 2013**, a Response to Defendant's Motion to Set Aside Service on Felix (Doc. #30).

3. Plaintiff is advised that if he fails to timely and properly do so, Defendant Felix will be dismissed, without prejudice.

Dated this 15th day of April, 2013.

                                                                                     _____
                                                                UNITED STATES MAGISTRATE JUDGE