# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DAVID M. CLARK,
ADC #9300765                                                                    PLAINTIFF

V.                                      3:13CV00012 SWW/JTR

TOMMY HUSTAFER, Jailer,
Greene County Detention Center, et al.                                DEFENDANTS


## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District

Judge Susan Webber Wright.  Any party may serve and file written objections to this

recommendation.  Objections should be specific and should include the factual or

legal basis for the objection.  If the objection is to a factual finding, specifically

identify that finding and the evidence that supports your objection.  An original and

one copy of your objections must be received in the office of the United States District

Clerk  no  later  than  fourteen  (14)  days  from  the  date  of  the  findings  and

recommendations.  The copy will be furnished to the opposing party.  Failure to file

timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new,

different, or additional evidence, and to have a hearing for this purpose before the

United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3.   An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Jonesboro Divisional Office
615 South Main, Room 312
Jonesboro, Arkansas 72401

## I.  Discussion

Plaintiff, David M. Clark, is a convicted prisoner in the Greene County Detention Center.  In this *pro se* § 1983 action, he alleges that Defendants: (1) failed to provide him with adequate medical care for post traumatic stress disorder; (2) failed to protect him from being beaten by his cell mate; and (3) used excessive force against

him.  *See* Docs. #2, #5, #6, and #23.  The discovery deadline is July 5, 2013, and dispositive motions are due on August 5, 2013.  *See* Doc. #19.

On March 28, 2013, Plaintiff filed a Motion for Summary Judgment arguing that he was entitled, as matter of law, to a judgment in his favor on all three of his claims against Defendants.  *See* Doc. #27.  Defendants have asked the Court to strike the Motion for Summary Judgment because Plaintiff has not filed a Statement of Undisputed Facts, as required by Fed. R. Civ. P. 56(c) and Local Rule 56.1(a).  *See* Doc. #34.

Because of the manifest deficiencies in Plaintiff's Motion for Summary Judgment, the Court recommends that it be denied.  However, after discovery has been completed, Plaintiff or Defendants may file a properly supported Motion for Summary Judgment that complies with the requirements in Fed. R. Civ. P. 56 and Local Rule 56.1.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff's Motion for Summary Judgment (Doc. #27) be DENIED, WITHOUT PREJUDICE.

2.     Defendants' Motion to Strike (Doc. #34) be DENIED, AS MOOT.

3.     The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition

would not be taken in good faith.

Dated this 24th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE