# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID M. CLARK,
ADC #9300765                                                                                    PLAINTIFF

V.                                  3:13CV00012 SWW/JTR

TOMMY HUSTAFER, Jailer,
Greene County Detention Center, et al.                                               DEFENDANTS

## ORDER

On April 24, 2013, an Order sent to Plaintiff at the Greene County Detention Center was returned as undeliverable because he has been released from custody without providing a forwarding address. *See* Doc. #37. In light of Plaintiff's recent release, it is unclear whether he remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis*.

2. Plaintiff must file, **within thirty days of the entry of this Order**: (a) a Statement indicating whether he wishes to continue with this lawsuit; and (b) an

---

[1] The Court's records demonstrate that Plaintiff currently owes $30 of the $350 filing fee.

Amended Application to Proceed *In Forma Pauperis.*

3.  Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 13th day of May, 2013.

                                                        _____
UNITED STATES MAGISTRATE JUDGE