# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID M. CLARK,
ADC #9300765                                                                                    PLAINTIFF

V.                                3:13CV00012 SWW/JTR

TOMMY HUSTAFER, Jailer,
Greene County Detention Center, et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is dismissed without prejudice, pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 19th day of June, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE